IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:24cr132 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | Count One: 18 U.S.C. § 1001(a)(2) |
| MUHAMMAD KASHIF, | ) | (False Statements) |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**INDICTMENT**

September 2024 Term—Alexandria

**GENERAL ALLEGATIONS**

1. On August 28, 2024, in or near Richmond, Virginia, the defendant, MUHAMMAD KASHIF, appeared, accompanied by his legal counsel, for a voluntary interview with special agents from the Federal Bureau of Investigation and an Assistant United States Attorney regarding his knowledge of criminal offenses committed by Muhammad Pahlawan and others. KASHIF communicated through a court-certified interpreter who translated Urdu and Punjabi to English, and English to Urdu and Punjabi. KASHIF is fluent in both Urdu and Punjabi. At the start of the interview, KASHIF was reminded that his participation in the interview was voluntary, but that if he chose to participate, he was required to tell the truth. KASHIF was admonished that making false statements or representations during the interview was a violation of United States federal law and might expose him to criminal penalties.

2. When asked about his interactions with Muhammad Pahlawan, KASHIF falsely stated that he had first met Pahlawan in January 2024, when in fact KASHIF knew Pahlawan prior to January, 2024, because they were on a prior voyage on a dhow together, in or around

November through December 2023. Pahlawan captained that voyage. While making the statement, KASHIF well knew that he had met Pahlawan prior to January 2024.

3. When shown a video of himself on the dhow captained by Pahlawan during the voyage in or around November through December 2023, KASHIF falsely stated that the video had been taken on a different dhow and that he had gone out on the "different" dhow with other Punjabis just to take pictures, rather than participating in a voyage with Pahlawan. While making the statement, KASHIF well knew that the video had not been taken on a different dhow, and that the video had been taken during the late 2023 voyage.

4. When asked whether he had been arrested in Iran with Pahlawan in December 2023, KASHIF falsely stated that he had not because he had never met Pahlawan prior to January 2024. While making the statement, KASHIF well knew that he had been arrested with Pahlawan in December 2023, and that he had indeed met Pahlawan prior to January 2024.

5. When asked whether he had loaded cargo onto the dhow, KASHIF falsely stated that he did not load cargo onto the dhow before the January 2024 trip. While making the statement, KASHIF well knew that he had loaded cargo onto the dhow before the January 2024 trip.

## COUNT ONE

(False Statements)

THE GRAND JURY CHARGES THAT:

The factual allegations contained in the General Allegations section, Paragraphs 1 - 5, are incorporated herein by reference as if set out in full.

On or about August 28, 2024, in or near Richmond, Virginia, in the Eastern District of Virginia, the defendant, MUHAMMAD KASHIF, knowingly and willfully made materially false, fictitious, and fraudulent statements in a matter within the jurisdiction of the executive branch of the Government of the United States.

(In violation of Title 18, United States Code, Section 1001(a)(2).)

A TRUE BILL

*Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office*

JESSICA D. ABER
United States Attorney

By: _____
Danya E. Atiyeh
Troy A. Edwards
Gavin Tisdale
Assistant United States Attorneys